UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

SHOSHIE STEINWURZEL on behalf of herself and
all other similarly situated consumers

Plaintiff,

-against-

FINANCIAL RECOVERY SERVICES, INC.

Defendant.

_____

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   **OCT 3 1 2016**   ★

**BROOKLYN OFFICE**

Case No. 1:15-cv-02551-LDH-RML

**STIPULATION OF
DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
       October 28, 2016


 /s/ Maxim Maximov
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

Dated: Minneapolis, Minnesota
       October 28, 2016


 /s/ Michael Thomas Etmund
Michael Thomas Etmund, Esq.
Moss & Barnett
Attorney for the Defendant
150 South Fifth Street, Suite 1200
Minneapolis, Minnesota 55402
Office: (612) 877-5309
Fax: (612) 877-5050
E-mail: mike.etmund@lawmoss.com


So Ordered

s/ LaShann DeArcy Hall       10/28/2016
_____
  LaShann DeArcy Hall
United States District Judge